UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 0 9 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| SCOTT QUENSTEDT, *Plaintiff*, | § § § § |
| v. | § Civil Action No. 5:18-cv-00378 |
| SCOTT AND WHITE HEALTH PLAN | § Hon. Xavier Rodriguez § § |
| *Defendant.* | § § |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

After reviewing Plaintiff's Stipulation of Dismissal with Prejudice, this Court is of the opinion that the Stipulation has merit. It is therefore,

ORDERED THAT Plaintiff's Stipulation of Dismissal with Prejudice is GRANTED and all claims against Defendant Scott and White Health Plan are hereby dismissed with prejudice as to refiling of the same, with each party to bear its own costs.

SAN ANTONIO, TEXAS, SIGNED this 9th day of July, 2018.

_____
HON. XAVIER RODRIGUEZ
JUDGE, U.S. DISTRICT COURT